# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CIBC Bank USA f/k/a The PrivateBank and Trust Company, as Administrative Agent to all Lenders, | ) ) ) |
| | ) Civil Action No. 18-cv-03964 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge John Z. Lee |
| | ) |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | ) Magistrate Judge Daniel G. Martin ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **17th day of July, 2018**, we filed with the Clerk of the United States District Court – Northern District of Illinois (via ECF) the following document, **Reply in Support of Motion for Order Appointing Receiver**, copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

Dated: July 17, 2018

By: s/ Edward S. Weil
One of the Attorneys for Plaintiff, CIBC Bank USA f/k/a The PrivateBank and Trust Company, as Administrative Agent

Edward S. Weil (ARDC # 6194191)
(eweil@dykema.com)
Mark A. Silverman (ARDC # 6307006)
(msilverman@dykema.com)
Molly E. Thompson (ARDC # 6293942)
(mthompson@dykema.com)
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018 I electronically filed the foregoing **Reply in Support of Motion for Order Appointing Receiver** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day and was served upon all counsel of record via the Court's CM/ECF system and listed below:.

Mr. Greg Shinall
Mr. Martin Sinclair
Sperling and Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL   60603
312-641-3200
shinall@sperling-law.com
msinclair@sperling-law.com


By:   /s/Edward S. Weil