**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

CIBC Bank USA

                            Plaintiff,

v.                                            Case No.: 1:18−cv−03964
                                                        Honorable John Z. Lee

JH Portfolio Debt Equities, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 7/24/18. The parties are to exchange MIDP disclosures by 8/20/18; initial written discovery requests are to be served by 9/20/18; the deadline to amend the pleadings and join parties is 11/20/18. Fact discovery shall close on 12/20/18. The parties should meet and confer regarding ESI discovery by 8/20/18. To the extent that the parties cannot come to an agreement on the scope of ESI discovery, a motion should be filed by 8/27/18. Otherwise, ESI discovery should be exchanged by 9/20/18. Status hearing set for 10/24/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.