THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-3964 |
| v. | ) ) ) | Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio, Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | ) ) ) ) | Magistrate Judge Daniel G. Martin |
| Defendants. | ) ) | |

## **SUPPLEMENTAL DECLARATION OF KERI KRISAN**

1. I am the Treasurer at JH Portfolio Debt Equities, LLC ("JHPDE"). I have the authority to make these statements on its behalf.

2. The statements made in this declaration are based on my personal knowledge and based upon my review of the JHPDE treasury and accounting records. If called to testify as a witness, I would testify competently and consistent with the facts stated herein.

3. As part of my job functions, I am responsible for the cash management of JHPDE and its subsidiaries. As part of my responsibilities, I oversee a team of people responsible for cash management.

ACCOUNT SWEEP

4. At the end of the day on June 5, 2018, JHPDE had on deposit in its deposit account number x3520 (the "Holding Account") maintained at CIBC Bank USA ("CIBC") the amount of $2,666,854.50.

5. On the morning of June 6, 2018, CIBC, without any prior notice, swept the full balance of $2,666,854.50 from the Holding Account.

1

6. On a daily basis, in accordance with JHPDE's agreements with CIBC, I had been sending to CIBC reports (a) identifying the sources of all funds that were received by JHPDE and that were on deposit in the Holding Account, which reports specified which funds belonged – and which funds did not belong – to JHPDE's joint ventures and subsidiaries, and (b) directing CIBC to transfer out of the Holding Account certain funds that were collections on accounts owned by JHPDE to bank accounts of JHPDE and certain funds that were collections on accounts belonging to JHPDE's joint ventures and subsidiaries to bank accounts of those joint ventures and subsidiaries.

7. CIBC did not permit certain funds that JHPDE had identified as being from accounts belonging to joint ventures to be transferred to bank accounts of those joint ventures.

8. For the period during which the $2,666,854.50 swept by CIBC from the Holding Account was received, based on a preliminary review of JH's records, JHPDE determined that approximately $2,444,975.12 had been identified to CIBC as being collections on accounts belonging to joint ventures and subsidiaries. It is these funds that were not transferred to bank accounts of those joint ventures and subsidiaries. JH is in the process of verifying the amount of the swept funds that were collections on accounts owned by such joint ventures and subsidiaries.

9. On June 6, 2018, JHPDE had planned to fund $186,544.40 in payroll expenses, which were to be paid to employees on June 7, 2018. In addition, on June 6, 2018, JHPDE had an additional $103,329.88 in cleared checks and other payments that were to be made that day.

10. As a result of CIBC's sweep of the Holding Account, JHPDE was short $251,043.41 to cover JHPDE's payroll and other payments due on June 6, 2018.

11. JHPDE was only able to fund its payroll on June 7, 2018, because, fortunately, sufficient collections were received on June 6, 2018. Other payments that were to be made on

June 6, 2018 were required to be postponed and were only able to be paid from collections received between June 6, 2018 and June 8, 2018.

## EXPENSES

12. The $18,466,000 in expenses ("Expenses") that are identified as "SPAC-related expenses" in Plaintiff's Reply and Berman's Rebuttal Declaration were all paid prior to or in April 2018. Prior to March 2018, $15,293,000 of the expenses was paid; of that amount $9,712,000 was paid in 2017, and $5,581,000 was paid in January and February of 2018, collectively. An additional $2,818,000 was paid in March 2018, while the nature and scope of the CIBC credit facility issues were still being investigated, and an additional $355,000 was paid in April 2018.

13. In connection with the audit of the 2017 financial statements of JHPDE and the other JH Capital Group companies, $11,600,000 of the Expenses were paid to accountants for JHPDE and the other JH Capital Group companies for fees. Of this amount, $7,520,000 was paid in 2017 and an additional $4,080,000 was paid between January and April 2018.

[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK.]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2018.

Signature: _/s/ Keri Krisan_

Keri Krisan