THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-3964 |
| v. | ) ) ) | Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | ) ) ) ) | Magistrate Judge Daniel G. Martin |
| Defendants. | ) ) | |

## DECLARATION OF MATTHEW E. KVARDA

1. I am the Chief Restructuring Officer ("CRO") of JH Portfolio Debt Equities, LLC d/b/a JH Capital Group ("JHPDE"). I have the authority to make these statements on its behalf.

2. The statements made in this declaration are based on my personal knowledge. If called to testify as a witness, I would testify consistent with the facts stated herein.

3. I was engaged by JHPDE through an agreement with Alvarez & Marsal North America, LLC ("A&M"), one of the nation's leading consulting and restructuring firms, effective June 21, 2018. (*See* Doc. 26-16.)

4. I am a Managing Director with A&M in Los Angeles with over 25 years of restructuring experience. I specialize in assisting companies navigate complex turnarounds, restructurings and reorganizations.

5. I have led all aspects of the turnaround and restructuring process, including developing and implementing short-term 13-week cash flow forecasts and long-term business plans, optimizing cash and working capital and the restructuring and/or de-coupling of unprofitable divisions and service lines within organizations. I have experience in liquidity

1

management, business segment and product profitability analyses, cost optimization, operational realignment and the development and implementation of complex restructuring plans.

6. I have experience in a variety of industries, including consumer finance. I was previously appointed as the Chief Restructuring Officer for People's Choice Home Loan, Inc., a fully-integrated retail/wholesale mortgage lending company. I also previously advised and assisted the restructuring efforts of American Business Financial Services, Inc., a sub-prime residential mortgage lender, as well as a confidential payday, installment and vehicle title loan lender.

7. I have a bachelor's degree in economics from the University of California, San Diego, and a master's degree in business administration, with a concentration in finance, from the University of California, Los Angeles. I am a Certified Insolvency and Restructuring Advisor (CIRA), with distinction.

8. In my position as CRO at JHPDE, I perform, without limitation, the following duties:

    a. conduct a financial review of JHPDE, including but not limited to a review and assessment of financial information provided by JHPDE to its creditors, including without limitation its short and long-term projected cash flows and operating performance;

    b. assist in the identification and implementation of cost reduction and operations improvement opportunities;

    c. assist the CEO and other JHPDE-engaged professionals in developing for the Board's review possible restructuring plans or strategic alternatives for maximizing the enterprise value of JHPDE's various business lines; and

   d.  serve as the principal contact with JHPDE's creditors with respect to JHPDE's financial and operational matters.

9. On June 21, 2018, I began assembling my team, which currently includes two people, in addition to myself, Matt Covington, Managing Director at A&M, and Bobby Hoernschemeyer, Associate at A&M, to assist me in the discharge of my duties listed above.

10. I and my team are in frequent contact with CIBC and its financial advisor, FTI, and will typically communicate with CIBC and FTI multiple times a week via email or telephone calls about various issues, such as current and projected cash flows, operational updates and various potential restructuring alternatives.

11. Effective July 27, 2018, Houlihan Lokey Capital, Inc., a leading global investment bank with expertise in mergers and acquisition, capital markets, financial restructuring, valuation, and strategic consulting, was engaged by JHPDE to provide investment banking services, including a plan for a potential acquisition, recapitalization, refinance or other transaction that would retire the CIBC debt facility.

[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK.]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2018.

Signature: _____
Matthew E. Kvarda