THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-3964 |
| v. | ) ) ) | Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | ) ) ) ) | Magistrate Judge Daniel G. Martin |
| Defendants. | ) ) | |

**SUPPLEMENTAL DECLARATION OF ANTHONY RIGGIO**

1.  I am the President of Defendant, JH Portfolio Debt Equities, LLC d/b/a JH Capital Group ("JHPDE"). In that role, I oversee business development, acquisitions, and collection operations for the additional defendant entities, JH Portfolio Debt Equities 2, LLC ("JH2"); JH Portfolio Debt Equities 4, LLC ("JH4"); and JH Reviver LLC ("JHR") (individually and collectively, with JHPDE, "JH" or the "Defendants"). I have the authority to make these statements on behalf of JH.

2.  The statements made in this declaration are based on my personal knowledge and a review of the JH business records. If called to testify as a witness, I would testify consistent with the facts stated herein.

**JH's Use of Its Operating Assets**

3.  JH is in the business of purchasing portfolios of loan accounts at a discount to their face value and generating profits by recovering the amounts due on the accounts. JH used the Loans under the Credit Agreement to purchase portfolios of loan accounts for the Company, and the portfolios serve as collateral for the Loans. Thus the collateral under the Credit Agreement

1

serves as the operating assets of JH.

4. Proceeds from these portfolios have been used to make the interest payments on the Loans pursuant to the Credit Agreement. The Company was current on these interest payments through July 13, 2018. The remaining proceeds from the portfolios are used to execute the business plan and operate the business. No money is being used by JH except for proper company expenses in the ordinary course of business.

### JH is in the Best Position to Maximize the Value of the Debt Portfolios

5. The debt portfolios will yield significantly higher proceeds if JH continues to employ its current collection strategy or implements its new collection strategies. Based on the revenue projections associated with the new strategies and enhanced value, JH will be able to pay down the principal balance of the CIBC loans or refinance the CIBC loans.

6. Liquidating JH's debt portfolios will result in the lowest value to JH's lenders, joint venture partners, and owners.

7. CIBC knows that JH is in the best position to maximize the value of the debt portfolios. CIBC has engaged an expert to value the JH debt portfolios and JH is paying for the services. Pursuant to the engagement letter with ███████████████, JH may not disclose the expert's report and analysis without consent. (*See* ███████████████ Engagement Letter, attached hereto as Exhibit 1.) JH's counsel requested that CIBC consent to the disclosure of the expert report and analysis in connection with this action, but CIBC has not consented. (*See* July 30, 2018 letter from M. Sinclair to E. Weil, attached hereto as Exhibit 2.)

8. JH has been seeking substitute financing to replace CIBC. However, this effort has been made more difficult by CIBC's pending motion to appoint a receiver. Based upon my conversations with potential lenders, the appointment of a liquidating receiver would prevent JH

2

from obtaining substitute financing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2018.

Signature: _____
Anthony Riggio

REDACTED

**Exhibit 1**

# SPERLING & SLATER
PROFESSIONAL CORPORATION

TELEPHONE  
(312) 641-3200  
FACSIMILE  
(312) 641-6492

55 WEST MONROE STREET  
SUITE 3200  
CHICAGO, IL 60603

July 30, 2018

<u>By Email</u>

Edward S. Weil  
Dykema Gosset PLLC  
10 S Wacker Dr., Suite 2300  
Chicago, Illinois 60606

Re: JH Capital Group Debt Portfolio Valuation Services

Dear Mr. Weil:

JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC ("JH"), seek your consent, as counsel for CIBC Bank USA, to disclose to the Court, in connection with the action *CIBC Bank USA v. JH Portfolio Debt Equities, LLC, et al.*, No. 18-cv-3964 (N.D. Ill.), the reports and analysis related to the ERC Valuation conducted by [REDACTED], including, but not limited to, the valuation as of April 30, 2018.

JH is willing to enter into a protective order to maintain the confidential nature of the [REDACTED] report(s) and analysis.

If such disclosure is acceptable, please indicate the consent of CIBC Bank USA by signing in the space provided below and returning the letter to me by 12:00 PM CDT on Tuesday, July 31, 2018.

Very kind regards,

Martin Sinclair

Martin V. Sinclair, Jr.

Consented to as of  
the date first set forth above

CIBC BANK USA

By: _____  
Its counsel.

**Exhibit 2**