THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent to all Lenders | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-3964 |
| v. | ) ) | Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | ) ) ) ) | Magistrate Judge Daniel G. Martin |
| Defendants. | ) | |

**Joint Motion to Strike the August 21, 2018 Date for an Evidentiary Hearing**

The parties, Plaintiff CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent to all Lenders ("CIBC" or "Plaintiff") and Defendants JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC ("JH" or "Defendants") (together with Plaintiff, the "Parties"), jointly request the Court to strike the August 21, 2018, date for the evidentiary hearing regarding CIBC's Motion for Order Appointing Receiver (Doc. 8). In support of this agreed motion, the parties state as follows:

1. On August 6, 2018, the Court granted CIBC's unopposed motion for evidentiary hearing and set the hearing for August 21, 2018. (Doc. 40.)

2. For several weeks, the parties have been engaged in negotiations toward a forbearance agreement with respect to the Credit Agreement.

3. The Parties entered into a Forbearance Agreement dated as of August 20, 2018 (the "Forbearance Agreement"). The execution of the Forbearance Agreement obviates the need for an evidentiary hearing regarding CIBC's Motion for Order Appointing Receiver.

4. Therefore, the Parties hereby request that this Court enter an order striking the August 21, 2018 evidentiary hearing as moot. (Doc. 40.) Furthermore, the Plaintiff withdraws as moot its Motion to Strike (Doc. 49) and withdraws without prejudice and with leave to refile its Motion for Order Appointing Receiver. (Doc. 8.)

WHEREFORE, Plaintiff CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent to all Lenders and Defendants JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC jointly request that this Court enter an order: (i) striking as moot the August 21, 2018 evidentiary hearing (Doc. 40); (ii) withdrawing without prejudice as moot CIBC's Motion for Order Appointing Receiver (Doc. 8) with leave to refile; and, (iii) striking as moot Plaintiff's Motion to Strike (Doc. 49), and granting such other and further relief as this Court deems just and proper.

Dated: August 20, 2018    Respectfully submitted,

/s/     Edward S. Weil
Edward S. Weil
Mark A. Silverman
Molly E. Thompson
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
*Counsel for Plaintiff*
CIBC Bank USA

/s/       Greg Shinall
Greg Shinall
Martin Sinclair
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
*Counsel for the Defendants*
JH Portfolio Debt Equities, LLC;
JH Portfolio Debt Equities 2, LLC;
JH Portfolio Debt Equities 4, LLC; and
JH Reviver LLC

4846-9734-9232.2
104085\000280