THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 18-cv-3964 |
| v. | ) ) ) Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | ) ) Magistrate Judge Daniel G. Martin ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

TO: Edward S. Weil
Jonathan E. Aberman
Melanie Jeanne Chico
Mark A. Silverman
Molly E. Thompson
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Pursuant to the Northern District of Illinois Standing Order Regarding the Mandatory Initial Discovery Pilot Project, notice is hereby given that, on August 20, 2018, Defendants in the above-captioned case served **Defendants' Initial Discovery Responses Submitted Pursuant to the Northern District of Illinois Mandatory Initial Discovery Pilot Program** on counsel for Plaintiff CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent.

2

Dated: August 20, 2018 Respectfully submitted,

*/s/ Martin Sinclair*

Greg Shinall
Robert D. Cheifetz
Martin Sinclair
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
shinall@sperling-law.com
robc@sperling-law.com
msinclair@sperling-law.com

*Counsel for the Defendants*
JH Portfolio Debt Equities, LLC;
JH Portfolio Debt Equities 2, LLC;
JH Portfolio Debt Equities 4, LLC; and
JH Reviver LLC

## **CERTIFICATE OF SERVICE**

  I, Martin Sinclair, hereby certify that on August 20, 2018, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the following via ECF:

>Edward S. Weil
>Jonathan E. Aberman
>Melanie Jeanne Chico
>Mark A. Silverman
>Molly E. Thompson
>Dykema Gossett PLLC
>10 S. Wacker Drive, Suite 2300
>Chicago, IL 60606

               */s/ Martin Sinclair*