UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

CIBC Bank USA

                Plaintiff,

v.                                           Case No.: 1:18−cv−03964
                                                   Honorable John Z. Lee

JH Portfolio Debt Equities, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

        MINUTE entry before the Honorable Daniel G. Martin: Plaintiff's motion to strike [50] is granted. The evidentiary hearing set for 8/21/2018 is stricken. At Plaintiff's request, the motion to strike declaration [48] and the motion to appoint a receiver [8] are hereby withdrawn with leave to refile should circumstances justify the need to do so. All matter relating to the referral having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Honorable Daniel G. Martin no longer referred to the case.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.