THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 18-cv-3964 |
| v. | )<br>)<br>) Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | )<br>) Magistrate Judge Daniel G. Martin<br>) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO SEAL DOCKET ENTRY NO. 52

Defendants JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC (collectively, "JH" or "Defendants"), respectfully request that the Court seal docket entry no. 52, titled "Notice of Service of Defendants' Initial Discovery Responses Submitted Pursuant to the Northern District of Illinois Mandatory Initial Discovery Pilot Program." (*See* Doc. 52.) In support, Defendants state the following:

1. Through its Order dated July 24, 2018, the Court instructed the parties to exchange their initial discovery responses under the Mandatory Initial Discovery Pilot Project by August 20, 2018. (Doc. 35.)

2. Under the Northern District of Illinois Standing Order Regarding Mandatory Initial Discovery Pilot Project (the "MIDP Standing Order"), "[u]nless the Court orders otherwise, initial responses and later supplements *shall not be filed with the Court*, but Parties shall file a notice of service of their initial responses and later supplements." (MIDP Standing Order at A.5 (emphasis added).)

3. On August 20, 2018, Defendants served their initial discovery responses upon Plaintiff. The initial discovery responses contain confidential and sensitive business information.

4. Although intending to file a notice of service with the Court, counsel for JH mistakenly filed Defendants' initial discovery responses. (*See* Doc. 52.)

5. Counsel for Defendants identified the error immediately and attempted to contact the Northern District of Illinois Help Desk (the "Help Desk") to have Defendants' initial discovery responses sealed temporarily. However, because the filing was completed after the close of business hours, counsel was unable to reach anyone at the Help Desk. Counsel for Defendants then filed the correct notice of service with the Court. (*See* Doc. 53.)

6. The next morning, on August 21, 2018, counsel for Defendants contacted the Help Desk, and docket entry no. 52 was placed under seal temporarily.

7. Pursuant to Northern District of Illinois Local Rule 26.2(b), this Court may, for good cause, enter an order directing that a document be filed under seal. Good cause exists to place docket entry no. 52 under seal. Per the MIDP Standing Order, the parties' initial discovery responses "shall not be filed with the Court," unless the Court orders otherwise. (MIDP Standing Order at A.5.) The Court did not instruct the parties to file their initial discovery responses.

8. In addition, Defendants' initial discovery responses contain confidential and sensitive business information intended to be kept non-public. The continued availability of the initial discovery responses on this Court's docket will prejudice both Plaintiff and Defendants.

9. Counsel for the parties have conferred about this Motion and counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that the Court seal the entirety of docket entry no. 52 and grant such other and further relief as this Court deems just and proper.

Dated: August 21, 2018  Respectfully submitted,

*/s/ Martin V. Sinclair, Jr.*
Greg Shinall
Martin Sinclair
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

*Counsel for the Defendants*
JH Portfolio Debt Equities, LLC;
JH Portfolio Debt Equities 2, LLC;
JH Portfolio Debt Equities 4, LLC; and
JH Reviver LLC

**CERTIFICATE OF SERVICE**

I, Martin Sinclair, hereby certify that on August 21, 2018, I caused a true and correct copy of the foregoing **Defendants' Unopposed Motion to Seal Docket Entry No. 52** to be served upon the following individuals via ECF Electronic Case Filing:

> Edward S. Weil
> Mark A. Silverman
> Jonathan E. Aberman
> Melanie Jeanne Chico
> Molly E. Thompson
> Dykema Gossett PLLC
> 10 S. Wacker Drive, Suite 2300
> Chicago, IL 60606

*/s/ Martin V. Sinclair, Jr.*