# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CIBC Bank USA f/k/a The Private Bank and Trust Company, as Administrative Agent to all Lenders, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 18-cv-3964 |
| v. | )<br>)<br>) Judge John Z. Lee |
| JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

Pursuant to Rule 41 and the parties' Forbearance Agreement dated August 20, 2018, Defendants JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC hereby withdraw and dismiss their Counterclaims (Doc. 31 at pp. 28-36) with prejudice.

Dated: August 30, 2018

/s/ Mark A. Silverman
Edward S. Weil
Mark A. Silverman
Molly E. Thompson

*Counsel for Plaintiff*
CIBC Bank USA

/s/ Martin V. Sinclair, Jr.
Greg Shinall
Martin V. Sinclair, Jr.

*Counsel for the Defendants*
JH Portfolio Debt Equities, LLC;
JH Portfolio Debt Equities 2, LLC;
JH Portfolio Debt Equities 4, LLC; and
JH Reviver LLC

## CERTIFICATE OF SERVICE

I, Martin Sinclair, hereby certify that on August 30, 2018, I caused a true and correct copy of the foregoing **Joint Stipulation of Dismissal of Counterclaims with Prejudice** to be served upon the following individuals via CM/ECF:

> Edward S. Weil
> Mark A. Silverman
> Jonathan E. Aberman
> Melanie Jeanne Chico
> Molly E. Thompson
> Dykema Gossett PLLC
> 10 S. Wacker Drive, Suite 2300
> Chicago, IL 60606

*/s/ Martin V. Sinclair, Jr.*