IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CIBC Bank USA f/k/a The PrivateBank and Trust Company, as Administrative Agent to all Lenders,<br><br>           Plaintiff,<br><br>    v.<br><br>JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; and JH Reviver LLC,<br><br>           Defendants. | Civil Action No. 18-cv-03964<br><br>Judge John Z. Lee |

## AGREED MOTION FOR ENTRY OF STIPULATED ORDER APPOINTING RECEIVER WITH AMENDED EXHIBIT A

CIBC Bank USA f/k/a The PrivateBank and Trust Company ("CIBC" or "Plaintiff"), as Administrative Agent to the following Lenders: Bankers Trust Company, Inland Bank and Trust, First Tennessee Bank National Association, ING Capital LLC, First Midwest Bank, First Community Financial Bank, State Bank & Trust Company, and Busey Bank (collectively, the "Lenders"), with the agreement of Defendants, moves this Court to enter the attached signed Stipulated Order For Immediate Appointment of Receiver with an amended Exhibit A. In support, Plaintiff states as follows:

1. Plaintiff filed its Complaint in this matter on June 6, 2018. (Dkt. 1.) The Complaint arises from Defendants JH Portfolio Debt Equities, LLC ("JH"), JH Portfolio Debt Equities 2, LLC ("JH 2"), JH Portfolio Debt Equities 4, LLC ("JH 4"), and JH Reviver LLC's ("JHR") (collectively, "Defendants") breach of its Credit Agreement[1] with Plaintiff.

---

[1] All terms not otherwise defined in this Motion retain the same definition as in the Complaint (Dkt. 1) and Plaintiff's briefing in support of its Receiver Motion (Dkt. 8; Dkt. 27).

2. On August 20, 2018, the parties entered into a Forbearance Agreement that included a Stipulated Order for Immediate Appointment of Receiver, which was executed by all Defendants.

3. Pursuant to the Agreed Joint Stipulated Order Regarding Timing of Appointment of Receiver and for Other Relief, the Court entered the proposed Stipulated Order for Immediate Appointment of Receiver (the "Order"). (Dkts. 80, 83.) The entered Order (the effective date of which is stayed until February 12, 2019) includes an Exhibit A (*see* Dkt. 82), which defines certain terms used in the Order.

4. Plaintiff, with the agreement of Defendants, now seeks to enter the Order with an amended Exhibit A.

5. Defendant JH Portfolio Debt Equities, LLC is a member of JHPDE Finance I, LLC and is the servicer of certain portfolios purchased by JHPDE Finance I, LLC. To acquire its portfolios, JHPDE Finance I is the borrower of a credit facility from Fortress Credit Corp. ("Fortress").

6. Fortress has requested the addition of certain language to Exhibit A to the Order to clarify the definition of "Receivership Property." Specifically, Fortress requests the following language:

> For the avoidance of doubt, notwithstanding any language to the contrary in the definition of 'Receivership Property' above, the Receivership Property shall not include: any interest that one or more Defendants may have in JHPDE Finance I, LLC, including, without limitation, any contractual rights that the Defendants may have pursuant to contracts either: (a) with JHPDE Finance I, LLC; (b) relating to JHPDE Finance I, LLC; or (c) relating to any Excluded Subsidiary Portfolio.

7. Plaintiff and Defendants have no objection to Fortress's requested amendment. The amendment clarifies and does not alter the parties' understanding of the definition of

2

"Receivership Property" or what it was intended to encompass. Other than the addition of the language in paragraph 6 above, the Order and Exhibit A have not been amended or altered from the version entered in Docket No. 82.

WHEREFORE, Plaintiff requests that the Court enter the Stipulated Order for Immediate Appointment of Receiver with an amended Exhibit A, both of which are attached hereto as **Exhibit A**, and for any and all other and further relief as this Court deems just and proper.

Dated: February 7, 2019                  Respectfully submitted,


By: /s/ Molly E. Thompson
One of the Attorneys for Plaintiff, CIBC Bank USA f/k/a The PrivateBank and Trust Company, as Administrative Agent

Edward S. Weil (ARDC # 6194191)
(eweil@dykema.com)
Melanie J. Chico (ARDC #6294469)
(mchico@dykema.com)
Mark A. Silverman (ARDC # 6307006)
(msilverman@dykema.com)
Molly E. Thompson (ARDC # 6293942)
(mthompson@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155


4830-5726-6311.4
ID\THOMPSON, MOLLY - 104085\000280