**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CIBC BANK USA f/k/a THE PRIVATE BANK AND TRUST COMPANY, as Administrative Agent, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-3964 |
| vs. | ) ) ) | Judge John Z. Lee |
| JH PORTFOLIO DEBT EQUITIES, LLC; JH PORTFOLIO DEBT EQUITIES 2, LLC; JH PORTFOLIO DEBT EQUITIES 4, LLC; and JH REVIVER LLC, | ) ) ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendants. | ) | |

**MOTION FOR ENTRY OF JOINT STIPULATED ORDER AUTHORIZING NATIONAL CREDIT ADJUSTERS, LLC TO TURN OVER DATA TO RECEIVER**

Plaintiff CIBC USA f/k/a The Private Bank and Trust Company ("Plaintiff") and Ronald W. Greenspan, not personally, but solely as the receiver ("Receiver") appointed by the *Stipulated Order for Immediate Appointment of Receiver*, dated February 8, 2019 [Docket #91] ("Receiver Order"), together with non-party National Credit Adjusters, LLC ("NCA," and collectively with Plaintiff and the Receiver, the "Moving Parties"), jointly move the Court (the "Joint Motion") to enter the *Joint Stipulated Order Authorizing NCA to Turn Over Data to Receiver* in the form attached hereto as Exhibit 1 (the "Stipulated Order"). In support of the Joint Motion, the Moving Parties state:

1. Among the "Receivership Property" created by the Receiver Order is that certain portfolio commonly referred to as the "Reviver Portfolio."

2. The Receiver has selected Allgate Financial, LLC ("Allgate") to service the Reviver Portfolio in succession to defendant JH Reviver.

3. NCA holds account-level data pertaining to the Reviver Portfolio, including personally identifiable financial information for more than one million consumer accounts (the "Reviver Portfolio Data").

4. The Receiver and Allgate require access to the Reviver Portfolio Data in order to properly service the Reviver Portfolio.

5. Because of various regulatory and privacy concerns that apply to the Reviver Portfolio Data, the Moving Parties believe that it is expedient and necessary to authorize and direct NCA to transfer the Reviver Portfolio Data by way of a stipulation and order entered by the Court.

6. The Stipulated Order reflects the Moving Parties' stipulations of fact, and relief requested from the Court.

**WHEREFORE**, the Moving Parties respectfully move the Court to grant the Joint Motion, enter the Stipulated Order in the form attached as Exhibit 1 and award such further relief as the Court deems necessary and proper.

Dated: April 18, 2019

Respectfully submitted,

Ronald W. Greenspan, Receiver

By /s/ Terence G. Banich
One of his attorneys

Ira Bodenstein
Brian L. Shaw
Terence G. Banich
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Phone: (312) 541-0151