



321 N. Clark Street, Suite 1600
Chicago, IL 60654
T: 312.517.9200  F: 312.517.9201
www.foxrothschild.com

April 29, 2019

**BY U.S. MAIL**

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**FILED**

**MAY - 3 2019**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**RE:   CHANGE OF ADDRESS**

Dear Clerk's Office:

Please be advised that our law firm has relocated to a new office space. Our old address was:

353 N. Clark Street
Suite 3650
Chicago, IL 60654

Please update your records with our new address:

321 N. Clark Street
Suite 1600
Chicago, IL 60654

Respectfully submitted,

*Jasmine Vaca*

Jasmine Vaca
Docket Administrator
T: (312) 517-9272
jvaca@foxrothschild.com

Enclosures

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

Vaca, Jasmine

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| Sent: | Friday, April 26, 2019 9:29 AM |
| To: | ecfmail_ilnd@ilnd.uscourts.gov |
| Subject: | [EXT] Activity in Case 1:18-cv-03964 CIBC Bank USA v. JH Portfolio Debt Equities, LLC et al order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2

**Notice of Electronic Filing**

The following transaction was entered on 04/24/2019 at 3:50:02 PM CDT and filed on 04/24/2019
**Case Name:** CIBC Bank USA v. JH Portfolio Debt Equities, LLC et al
**Case Number:** 1:18-cv-03964
**Filer:**
**Document Number:** 131

**Docket Text:**
AGREED Order approving entry into memorandum of understanding Signed by the Honorable John Z. Lee on 4/24/19. (1) Memorandum of Understanding. . Modified on 4/26/2019 (ca, ).


**1:18-cv-03964 Notice has been electronically mailed to:**

Ira Bodenstein    ibodenstein@foxrothschild.com, chdocket@foxrothschild.com, plove@foxrothschild.com

Steven Bennett Towbin    stowbin@foxrothschild.com, cknez@foxrothschild.com

Edward Sidney Weil    eweil@dykema.com, DocketCH@dykema.com, afields@dykema.com

Greg Shinall    shinall@sperling-law.com

Robert David Cheifetz    robc@sperling-law.com

Brian L. Shaw    bshaw@foxrothschild.com, cknez@foxrothschild.com

Jonathan E. Aberman    jaberman@dykema.com, ecfdocket@vedderprice.com

1

Terence G. Banich     tbanich@foxrothschild.com, kjanecki@foxrothschild.com

Martin Vincent Sinclair     msinclair@sperling-law.com

Molly E. Thompson     methompson@dykema.com, DocketCH@dykema.com, cmandel@dykema.com, vdesousa@dykema.com

Melanie Jeanne Chico     mchico@dykema.com, DocketCH@dykema.com, lball@dykema.com

David Richard Doyle     ddoyle@foxrothschild.com, kjanecki@foxrothschild.com

Mark Adam Silverman     msilverman@dykema.com, CSurovic@dykema.com, DocketCH@dykema.com

**1:18-cv-03964 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/24/2019] [FileNumber=20412195-0] [0c848fd28f65e146a7f8390cf81f645b1334afd3bade30ad50d683ed0839af8eca7f09002ff1c448b05d6fec4b1f8f83a020e5de475315004105a627d9512db0]]
**Document description:** Exhibit Memorandum of Understanding
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/26/2019] [FileNumber=20412195-1] [94e7bc954527f2dba7de48eeda9ab3b75adf54297712c9b68e8cab5988d323280b92f209815040e299313bc1e0aa89b91355f507e1f0c3995991a52b26259d3e]]

*This is a re-generated NEF. Created on 4/26/2019 at 9:29 AM CDT*