**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CIBC BANK USA f/k/a THE PRIVATE BANK AND TRUST COMPANY, as Administrative Agent, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-3964 |
| vs. | ) ) ) | Judge John Z. Lee |
| JH PORTFOLIO DEBT EQUITIES, LLC; JH PORTFOLIO DEBT EQUITIES 2, LLC; JH PORTFOLIO DEBT EQUITIES 4, LLC; and JH REVIVER LLC, | ) ) ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

To: See attached Certificate of Service

**PLEASE TAKE NOTICE** that, on **Wednesday, May 15, 2019 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John Z. Lee** in Courtroom 1225 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall present the **Receiver Ronald F. Greenspan's Motion to Hold Defendants in Civil Contempt for Failing to Provide Access to Telephone System, Certain Software and Databases**, a copy of which is attached and herewith served upon you, and shall request for the entry of an order in conformity with that motion.

Dated: May 13, 2019

Respectfully submitted,

Ronald W. Greenspan, Receiver

By /s/ Terence G. Banich
           One of his attorneys

Ira Bodenstein (3126857)
Brian L. Shaw (6216834)
Terence G. Banich (6269359)
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Phone: (312) 541-0151

## **CERTIFICATE OF SERVICE**

    I, Terence G. Banich, an attorney, hereby certify that, on the 13th day of May, 2019, I caused a true and correct copy of the foregoing **Amended Notice of Motion** to be served by Electronic Case Filing upon counsel of record who are Filing Users of the Court's Electronic Case Filing system.

                                                    s/Terence G. Banich
                                                    Terence G. Banich