UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CIBC BANK USA f/k/a THE PRIVATE BANK AND TRUST COMPANY, as Administrative Agent, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 18-cv-3964 |
| v. | ) ) | Judge John Z. Lee |
| JH PORTFOLIO DEBT EQUITIES, LLC; JH PORTFOLIO DEBT EQUITIES 2, LLC; JH PORTFOLIO DEBT EQUITIES 4, LLC; and JH REVIVER LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO RESET BRIEFING AND HEARING SCHEDULE**

Ronald F. Greenspan, not individually, but solely as court-appointed receiver (the "Receiver"), and Defendants JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC ("Defendants" and, together with the Receiver, the "Moving Parties"), jointly move the Court to reset the briefing and hearing schedule set forth in its May 15, 2019 minute order (ECF No. 138), and in support thereof state as follows:

1. On May 10, 2019, the Receiver filed its Motion to Hold Defendants in Civil Contempt. (ECF No. 133 (the "Motion").)

2. On May 15, 2019, the Court held a hearing on the Motion and set a briefing and hearing schedule as follows:

    a. Defendants' response due May 17, 2019;

    b. Receiver's reply due May 21, 2019; and

    c. a motion hearing on May 23, 2019.[1] (ECF No. 138.)

---

[1] The Court also denied without prejudice the Plaintiff's motion to join the Motion. (ECF No. 138.)

1

3. On May 15 and 16, 2019, the Moving Parties, through their respective counsel and certain of their respective agents, held numerous discussions regarding the issues raised in the Receiver's Motion. The Moving Parties made progress toward resolving the issues raised in the Receiver's Motion.

4. The Moving Parties respectfully request that the Court reset the briefing and hearing schedule to allow the Moving Parties additional time to confer regarding, and attempt to resolve, the issues raised in the Motion. Allowing the Moving Parties this additional time will let them focus all of their efforts on resolving those issues, rather than focusing limited resources on drafting briefs and preparing for an evidentiary hearing.

5. Accordingly, the Moving Parties ask that the Court reset the current schedule so that:

    a. Defendants' response would be due Wednesday, May 22, 2019;

    b. Receiver's reply would be due Friday, May 24, 2019; and

    c. a motion hearing would be held the afternoon of Wednesday, May 29, 2019.

6. The Moving Parties make this request not for the purpose of undue delay, but rather so that they can attempt to resolve the issues raised in the Receiver's Motion without further intervention from the Court. This is the Moving Parties' first request to reset the briefing schedule on the Receiver's Motion.

*   *   *

WHEREFORE, the Moving Parties respectfully request that the Court reset the hearing and briefing schedule set on May 15, 2019 (ECF No. 138) so that Defendants' response would be due May 22, 2019, the Receiver's reply would be due May 24, 2019, and a hearing on the Motion would be held the afternoon of May 29, 2019.

Dated: May 16, 2019

Respectfully submitted,

JH Portfolio Debt Equities, LLC, JH Portfolio Debt Equities 2, LLC, JH Portfolio Debt Equities 4, LLC, and JH Reviver LLC, Defendants

Ronald W. Greenspan, Receiver

*Terence G. Banich*
Ira Bodenstein (3126857)
Brian L. Shaw (6216834)
Terence G. Banich (6269359)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Phone: (312) 541-0151

*Martin v. Sinclair, Jr.*
Greg Shinall
Martin V. Sinclair, Jr.
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
Phone: (312) 641-3200
Facsimile: (312) 641-6492

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing **JOINT MOTION TO RESET BRIEFING AND HEARING SCHEDULE** was electronically filed via CM / ECF this 16th day of May, 2019, which will send notification of such filing to counsel of record.

                */s/ Martin V. Sinclair, Jr.*