# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CIBC BANK USA f/k/a THE PRIVATE BANK AND TRUST COMPANY, as Administrative Agent, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-3964 |
| vs. | ) ) ) | Judge John Z. Lee |
| JH PORTFOLIO DEBT EQUITIES, LLC; JH PORTFOLIO DEBT EQUITIES 2, LLC; JH PORTFOLIO DEBT EQUITIES 4, LLC; and JH REVIVER LLC, | ) ) ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendants. | ) | |

## RECEIVER'S MOTION TO WITHDRAW MOTION FOR CIVIL CONTEMPT

Ronald F. Greenspan, not individually, but solely as the receiver ("Receiver") appointed by the *Stipulated Order for Immediate Appointment of Receiver*, dated February 8, 2019 [Docket #91], hereby moves the Court (the "Motion") to enter an order withdrawing without prejudice his *Motion to Hold Defendants in Civil Contempt for Failing to Provide Access to Telephone System, Certain Software and Databases*, dated May 10, 2019 [Docket #133] (the "Contempt Motion").

**WHEREFORE**, the Receiver respectfully moves the Court to grant the Motion, withdraw the Contempt Motion without prejudice and grant such further relief as the Court deems necessary and appropriate.

Dated: May 30, 2019

Respectfully submitted,

Ronald W. Greenspan, Receiver

By /s/ Terence G. Banich
One of his attorneys

Ira Bodenstein (3126857)
Brian L. Shaw (6216834)
Terence G. Banich (6269359)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Phone: (312) 541-0151